Fleming, for appellant; Eugene R. Ward, of counsel; Samuel H. Holland, for appellee. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full. Opinion filed December 30, 1952; released for publication January 28, 1953.

Morris Ohnstein, Plaintiff, v. Simon L. Levy et al., Defendants.
Simon L. Levy, Counterplaintiff-Appellant, v. Arlene Meyer and Harold Meyer, Counterdefendants-Appellees.

Gen. No. 45,990.

Leonard H. Lawrence, for appellant; Jacob Levy, of counsel; no appearance for appellees. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed December 30, 1952; released for publication January 28, 1953.

Estelle M. Winkenwerder, Appellant, v. Raymond W. Winkenwerder, Appellee.

Gen. No. 45,849.